83,532-01

DIETRICK LEWIS JOHNSON, SR.
BEAUMONT FCI COMPLEX (MED)
P.O. BOX 26040
BEAUMONT, TEXAS 77720

Court of Criminal Appeals
Abel Acosta, Clerk
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711
RE: No. WR-83,532-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

Trial Court Case No. W-219-81234-2012-HC, W-219-81235-2012-HC
W-219-82905-2012-HC

Dear Clerk,

I just received your second letter ordering the District Clerk of Collin County to forward copies' of my Application for Writ of Habeas Corpus, which they failed to comply with the 35 day rule of forwarding to this said court. They also failed to forward the designating issues, after being ordered by the District court to do so after 180 days of being filed with said court.

I just received a reply from the prosecution, their response to my Application for Writ of Habeas Corpus, and I mailed my reply to their response as well. This has been seventeen (17) months after I filed my Writ of Habeas Corpus with the District court, they never asked the court for an extension of time. Therefore, I am wondering are they time barred, because if I was a day late of filing my Application, I would be?

NOTE: They filed their response to my Writ of Habeas Corpus September 10, 2015.